# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAVAGE CONSTRUCTION LLC | § | Case No. 19-13500 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL P. KLEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,297.23 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 9,589.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 1,911.00 | |

3) Total gross receipts of $ 11,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,911.00 | 1,911.00 | 1,911.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 87,754.03 | 87,754.03 | 9,589.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 53,351.33 | 53,351.33 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 0.00 | $ 143,016.36 | $ 143,016.36 | $ 11,500.00 |

    4) This case was originally filed under chapter 7 on 09/23/2019 . The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2021    By:/s/MICHAEL P. KLEIN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Biljax lift | 1129-000 | 4,000.00 |
| 2004 F350 Diesel Truck | 1129-000 | 6,000.00 |
| 2007 Dodge Caravan | 1129-000 | 1,200.00 |
| Other machinery | 1129-000 | 300.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:MICHAEL P. KLEIN | 2100-000 | NA | 1,900.00 | 1,900.00 | 1,900.00 |
| TRUSTEE EXPENSES:MICHAEL P. KLEIN | 2200-000 | NA | 11.00 | 11.00 | 11.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,911.00 | $ 1,911.00 | $ 1,911.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Security | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office of Attorney General | | 0.00 | NA | NA | 0.00 |
| 000001A | WASHINGTON STATE DEPARTMENT OF LABO | 5800-000 | 0.00 | 87,754.03 | 87,754.03 | 9,589.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 87,754.03 | $ 87,754.03 | $ 9,589.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | WASHINGTON STATE DEPARTMENT OF | 7100-000 | NA | 53,351.33 | 53,351.33 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 53,351.33 | $ 53,351.33 | $ 0.00 |

Case No: 19-13500 CMA Judge: Honorable Christopher M. Alston  Trustee Name: MICHAEL P. KLEIN
Case Name: SAVAGE CONSTRUCTION LLC  Date Filed (f) or Converted (c): 09/23/19 (f)
  341(a) Meeting Date: 10/22/19
For Period Ending: 01/08/21  Claims Bar Date: 08/31/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Federal | 227.98 | 0.00 | | 0.00 | FA |
| 2. First Federal Savings | 1,004.25 | 0.00 | | 0.00 | FA |
| 3. T Shirts | 15.00 | 15.00 | | 0.00 | FA |
| 4. 2011 Biljax lift | 13,084.75 | 13,084.75 | | 4,000.00 | FA |
| 5. 2004 F350 Diesel Truck | 10,516.67 | 10,516.67 | | 6,000.00 | FA |
| 6. 2007 Dodge Caravan | 2,511.11 | 2,511.11 | | 1,200.00 | FA |
| 7. Other machinery | 300.00 | 300.00 | | 300.00 | FA |
| 8. Cleaning Supplies | 50.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $27,709.76    $26,427.53    $11,500.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Complete TFR and TDR

Initial Projected Date of Final Report (TFR): 03/15/20    Current Projected Date of Final Report (TFR): 11/05/20

LFORM1  Ver: 22.02g

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 19-13500 -CMA | | Trustee Name: | MICHAEL P. KLEIN |
| Case Name: | SAVAGE CONSTRUCTION LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0319 Checking Account |
| Taxpayer ID No: | *******1075 | | | |
| For Period Ending: | 01/08/21 | | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/20 | * NOTE * | Hill Law.COM, PS<br>IOLTA Account<br>2472 Bethel Rd SE Suite A<br>Port Orchard, WA 98366 | PERSONAL PROPERTY SALE<br>* NOTE *  Properties 4, 5, 6, 7 | 1129-000 | 11,500.00 | | 11,500.00 |
| 12/14/20 | 000401 | MICHAEL P. KLEIN<br>330 Madison Ave S, Suite 110<br>Bainbridge Island, WA  98110 | Chapter 7 Compensation/Fees | 2100-000 | | 1,900.00 | 9,600.00 |
| 12/14/20 | 000402 | MICHAEL P. KLEIN<br>330 Madison Ave S, Suite 110<br>Bainbridge Island, WA  98110 | Chapter 7 Expenses | 2200-000 | | 11.00 | 9,589.00 |
| 12/14/20 | 000403 | Washington State Department of Labor & Industries<br>Bankruptcy Unit<br>PO Box 44171<br>Olympia, WA 98504-4171 | Claim 000001A, Payment 10.92713% | 5800-000 | | 9,589.00 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 11,500.00 | 11,500.00 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 11,500.00 | 11,500.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 11,500.00 | 11,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0319 | 11,500.00 | 11,500.00 | 0.00 |
| | 11,500.00 | 11,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        11,500.00        11,500.00

Ver: 22.02g

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 19-13500 -CMA | | Trustee Name: | MICHAEL P. KLEIN |
| Case Name: | SAVAGE CONSTRUCTION LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0319 Checking Account |
| Taxpayer ID No: | *******1075 | | | |
| For Period Ending: | 01/08/21 | | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********0319

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 22.02g